UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Donnell Alphonso Luckett,

    Plaintiff,                                  Case No. 08-14285

v.                                           Hon. Nancy G. Edmunds

US Bank National Association,

    Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's Motion for Emergency Ex Parte Temporary Restraining Order is hereby DENIED.

      SO ORDERED.

                                       s/Nancy G. Edmunds
                                       Nancy G. Edmunds
                                       United States District Judge

Dated: January 5, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 5, 2009, by electronic and/or ordinary mail.

                                       s/Carol A. Hemeyer
                                       Case Manager