UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Donnell Alphonso Luckett,

      Plaintiff,                                           Case No. 08-14285

v.                                                     Hon. Nancy G. Edmunds

US Bank National Association

      Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [21]

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Defendant's motion to dismiss is GRANTED, and the case is hereby DISMISSED WITH PREJUDICE.

      SO ORDERED.

                                  s/Nancy G. Edmunds
                                  Nancy G. Edmunds
                                  United States District Judge

Dated:  August 17, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 17, 2009, by electronic and/or ordinary mail.

                                  s/Carol A. Hemeyer
                                  Case Manager